## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SURESH BADRINAUTH, | : | |
| Plaintiff, | : | Civil Action No. 04-cv-2552 (PGS) |
| v. | : | |
| METLIFE CORPORATION, | : | |
| Defendant. | : | **AMENDED ORDER** |

**WHEREAS** this Court's prior order dated April 2, 2008, is hereby amended,

**WHEREAS** this matter comes before the Court on Defendant Metlife Corporation's motion for summary judgment; the Court having heard oral argument on February 29, 2008, and having considered the parties' briefs and supporting papers, for the reasons set forth in the Opinion,

**WHEREAS** Plaintiff has withdrawn his claims alleging racial discrimination and hostile work environment,

IT IS on this 7th day of April, 2008;

**ORDERED** that Defendant's motion for summary judgment for wrongful termination is denied without prejudice; and it is further

**ORDERED** that Defendant's motion for summary judgment, on their claims for breach of fiduciary duty and loyalty, is denied; and it is further

**ORDERED** that defendants's motion for summary judgment with regard to the defamation claim is granted.

_____
PETER G. SHERIDAN, U.S.D.J.

April 7, 2008