**Cotz & Cotz**
*Attorneys at Law*

180 Franklin Turnpike
Mahwah, NJ 07430
Phone: (201) 512-9961
Fax: (201) 512-9963

Cotzlaw@aol.com

* Member of NY & NJ Bars

* George J. Cotz

Lydia B. Cotz

October 21, 2008

*via FAX 973-645-4549*
Honorable Peter Sheridan
United States District Court
District of New Jersey
M.L.King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    **Suresh Badrinauth v. MetLife et al.**
            Civil No.: 04-2552 (JAG)

Honorable Sir:

*So Ordered*
*Peter Sheridan*
*10/21/08*

    We are scheduled to have a telephone status conference with Your Honor tomorrow at 10:00 a.m. We have been waiting since the spring in the New Jersey Supreme Court to decide the *Tartaglia* case, as it is anticipated that it will address the essential elements of a valid *Pierce* claim, which is the issue in this matter.

    I am content to continue to wait for the New Jersey Supreme Court to rule, on the other hand, in a case which had a similar posture which we were arbitrating in front of JAMS, the Honorable John C. Lifland (RET) decided, after some months of holding a motion in abeyance, to rule on the motion using his analysis of the present state of the law. I would not be adverse to Your Honor following that course of action either.

    I have a court-ordered deposition tomorrow and it will be difficult for me to arrange this telephone conference if Your Honor believes that it needs to go forward, and I ask that Mr. O'Keefe take on that responsibility.

                                 Respectfully,
                                 COTZ & COTZ

                                 George J. Cotz
                              *dictated but not read*

GJC/jlg
cc:    Joseph O'Keefe, Esq.